## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JO JORGENSEN, Libertarian Party of Maine Candidate for U.S. President,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW DUNLAP, in his official capacity as the Secretary of the State of Maine.<br><br>Defendant. | Case No. 1:20-cv-00272-NT<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |

Plaintiff, by and through her undersigned counsel, hereby notices the dismissal of this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Following the filing and service of Plaintiff's Complaint in this action, Defendant has not filed or served an answer or motion for summary judgment responding to Plaintiff's Complaint, such that this matter may be dismissed through the filing of this Notice.

Respectfully submitted,

MAHANY LAW PARTNERS LLC

/s/ Brian Mahany
Brian Mahany, Bar #003269
8112 W. Bluemound Road, Ste 101
Wauwatosa WI 53213
(414) 258-2374 – Office
(414) 704-6731 – Direct
brian@mahanylaw.com
*Local Counsel for Plaintiff*

BARNES LAW, LLP

/s/ Robert E. Barnes
Robert E. Barnes, CA SBN #235919
*Admitted Pro Hac Vice*
601 South Figueroa Street, Suite 4050
Los Angeles, CA 90017
(310) 510-6211 – Main
(310) 510-6225 – Fax
robertbarnes@barneslawllp.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 10, 2020, I caused to have electronically filed the foregoing papers with the Clerk of Court using the ECF system, which will provide electronic copies to counsel of record.

/s/ Robert E. Barnes  
Robert E. Barnes, CA SBN #235919  
*Admitted Pro Hac Vice*
